## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR255** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROOSEVELT JACKSON, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of James R. Kozel to withdraw as counsel for the defendant, Roosevelt Jackson, Jr., (Jackson) (Filing No. 13). Since another retained counsel, Anthony S. Troia, has entered an appearance for Jackson (Filing No. 14), Mr. Kozel's motion to withdraw (Filing No. 13) is granted. Mr. Kozel shall forthwith provide Mr. Troia with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Kozel which are material to Jackson's defense.

**IT IS SO ORDERED**.

DATED this 12th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge