IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR255 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROOSEVELT JACKSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Roosevelt Jackson, Jr. (Jackson) (Filing No. 18). Jackson seeks a continuance of the trial of this matter for forty-five days. Jackson has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Jackson consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 19). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Jackson's motion to continue trial (Filing No. 18) is granted.

2. Trial of this matter is re-scheduled for **November 28, 2005,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **October 4, 2005 and November 28, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge