IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR255** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROOSEVELT JACKSON, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to review detention (Filing No. 21) is scheduled for hearing before the undersigned magistrate judge at **10:30 a.m. on November 28, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 17th day of November, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge