# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR255** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROOSEVELT JACKSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender David M. O'Neill and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Roosevelt Jackson (Jackson) (Filing No. 50).  Mr. O'Neill represents the Office of the Federal Public Defender has a conflict of interest in this matter.  Mr. O'Neill's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 50) is granted.  John J. Velasquez,  P.O. Box 44056, Omaha, NE 68144, (402) 334-1400, is appointed to represent Jackson for the balance of these proceedings pursuant to the Criminal Justice Act.

The clerk shall provide a copy of this order to Mr. Velasquez, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 10th day of August, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge