# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR255 |
| Plaintiff, ) | |
| ) | AMENDED[1] |
| vs. ) | ORDER |
| ) | |
| ROOSEVELT JACKSON, ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court on the motion of Assistant Federal Public Defender David M. O'Neill and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Roosevelt Jackson (Jackson) (Filing No. 50).  Mr. O'Neill represents the Office of the Federal Public Defender has a conflict of interest in this matter.  Mr. O'Neill's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 50) is granted. John J. Velasquez, 13057 West Center Road, Suite 17, Omaha, NE 68144-3723, (402) 334-1400, is appointed to represent Jackson for the balance of these proceedings pursuant to the Criminal Justice Act.

    The clerk shall provide a copy of this order to Mr. Velasquez, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 10th day of August, 2007.

                                                                                              BY THE COURT:

                                                                                              s/Thomas D. Thalken
                                                                                         United States Magistrate Judge

---

[1] The court has been informed that Mr. Velasquez's address has changed and this amended order reflects Mr. Velasquez's current address.